IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                    ORDER

                Plaintiff,

                                        3:01-cr-00069-bbc

     v.

ANGELA J. GIDDLEY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Angela J. Giddley has written to the court to ask for a reduction of sentence pursuant to the changes in the computation of criminal history, as set out in the sentencing guideline amendments. As defendant notes in her letter, the changes in the amendments are not retroactive. That means that they do not apply to persons in her situation.

      As I explained to defendant in an order entered on September 21, 2006, a judge cannot alter a sentence except under very specific conditions that do not exist in defendant's case.

1

ORDER

IT IS ORDERED that defendant's letter received by the court on January 22, 2008 and construed as a motion for a reduction of sentence is DENIED.

Entered this 12th day of February, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge