# United States District Court
### Western District of Wisconsin
### Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin 53701

**Chambers of**
**Barbara B. Crabb**
**District Judge**

**Telephone**
**608-264-5447**

January 12, 2009

Angela Giddley
#05137-090
FCI-Carswell
P.O. Box 27137
Ft. Worth, TX 76127

Dear Ms. Giddley:

      This will acknowledge receipt of your letter dated January 3, 2009, requesting to have your restitution payments deferred until you are released.

      The payments will not be deferred. Difficult as it may be to make the payments, it will only be more difficult when you do not have your room, board and medical care provided for you by the Bureau of Prisons. The prison will not deduct more from your account balance than you have in the account, minus a base amount for telephone calls and necessities. It is beneficial to you to get into the routine of making the payments, as your obligation will continue once you are released.

      Very truly yours,

/s/

Barbara B. Crabb
District Judge

BBC:skv
cc: U.S. Probation